F I L E D
Clerk
District Court

JUL 2 6 2005

For The Northern Mariana Islands
By _____
 (Deputy Clerk)

ORIGINAL

1  DAVID G. BANES, Esq.
2  O'Connor Berman Dotts & Banes
   Second Floor, Nauru Building
3  P.O. Box 501969
   Saipan, MP 96950-1969
4  Telephone No. (670) 234-5684
   Facsimile No. (670) 234-5683
5

6  Attorneys for Plaintiffs Douglas G. Chanco and Evangeline P. Uson

7
           IN THE UNITED STATES DISTRICT COURT
8             OF THE NORTHERN MARIANA ISLANDS

9
   DOUGLAS G. CHANCO and          )  CIVIL ACTION NO.: 05-0017
10 EVANGELINE P. USON,            )
                                  )
11                                )
         Plaintiffs,              )  PLAINTIFFS' INITIAL DISCLOSURES
12                                )  PURSUANT TO RULE 26(a)(1)
                                  )
13       v.                       )
                                  )
14 ROY E. TAROPE,                 )
                                  )
15       Defendant.               )

16

17
       COMES NOW Plaintiffs by and through counsel, and for their Initial Disclosures
18
   Pursuant to Rule 26(a), discloses as follows:
19

20
       1. Disclosures pursuant to Federal Rule of Procedure 26(a) (1) (A).
21
           a. Douglas G. Chanco
22            c/o O'Connor, Berman Dotts & Banes
              Witness to the accident
23

24         b. Evangeline P. Uson
              c/o O'Connor, Berman Dotts & Banes
25            Witness to the accident

26
           c. Mr. Roy E. Tarope
27            c/o Thomas E. Clifford
              Witness to the accident.
28
           d. The police personnel named on the police report.

-1-

  e. The ambulance personnel who came to the accident scene, who are believed to the Elie Okamura, Nadia Saralu and Joe Taitano.

  f. The family members of Mr. Tarope who came to the accident scene, Mr. Tarope'smother, and his brother in-law Lee H. Monkeya, both of whom can be reached through Thomas E. Clifford.

  g. Various personnel named in the related CHC medical records.

2. Disclosures pursuant to Federal Rule of Procedure 26(a) (1) (B).

The following documents are available upon proper notification for inspection at the Law Offices of O'Connor Berman Dotts & Banes:

  a. DPS Report dated November 10, 2004.

  b. Photographs related Plaintiffs' personal injuries.

  c. Various medical records and bills from CHC related to CHC's treatment of Plaintiffs.

3. Disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1) (C).

  a. Plaintiffs are claiming pain and suffering.

  b. As Plaintiffs are still recovering from their injuries and their damages are still accruing, Plaintiffs reserves their right to supplement this disclosure.

4. Disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1) (D).

  a. Defendant has yet to provide Plaintiffs with a copy of the relevant insurance policy.

1  Dated: this 7J day of July, 2005.

O'CONNOR BERMAN DOTTS & BANES

Attorneys for Plaintiffs Douglas C. Chanco and Evangeline P. Uson

By: _____
DAVID G. BANES
CNMI Bar ID No. F0171