```
                                                    FILED
                                                     Clerk
                                                  District Court

DAVID G. BANES, Esq.                              JUL 2 8 2005
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building                   For The Northern Mariana Islands
P.O. Box 501969                                By_____
Saipan, MP 96950-1969                                (Deputy Clerk)
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
```

Attorneys for Plaintiffs Douglas G. Chanco and Evangeline P. Uson

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOUGLAS G. CHANCO and EVANGELINE P. USON, | CIVIL ACTION NO.: 05-0017 |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| ROY E. TAROPE, | |
| Defendant. | |

The undersigned does hereby certify that copy of **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** was served as follows:

By hand delivery on July 26, 2005 upon:

Norie Pamintuan for
Thomas Clifford, Esq.
San Jose, Saipan, CNMI

Dated this 28th day of July, 2005.

_____
Alexander L. Lopez

-1-