F I L E D
Clerk
District Court

SEP 0 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOUGLAS G. CHANCO and EVANGELINE P. USON,<br><br>Plaintiffs,<br><br>vs.<br><br>ROY E. TAROPE,<br><br>Defendant, | Civil Action No. 05-0017<br><br>Case Management Scheduling Order |

David G. Banes
Attorney at Law
P.O. Box 5001969
Saipan, MP 96950

Thomas E. Clifford
Attorney at Law
P.O. Box 506514
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on September 7, 2005. As a result of the conference,

IT IS ORDERED THAT:

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

1. All parties are to be joined on or before January 9, 2006.

2. All motions to amend pleadings shall be filed on or before January 9, 2006.

3. All fact discovery shall be served by March 7, 2006.

4. All fact discovery motions shall be filed so as to be heard on or before May 11, 2006. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

    a. Transcripts of depositions upon oral examination;
    b. Transcripts of deposition upon written questions;
    c. Interrogatories;
    d. Answers or objections to interrogatories;
    e. Requests for production of documents or to inspect tangible things;
    f. Responses or objections to requests for production of documents or to inspect tangible things;
    g. Requests for admission; and,
    h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - May 8, 2006.

6. Defendant and third-party defendant expert disclosure - June 8, 2006.

7. Expert discovery shall be completed by August 8, 2006.

8. A status/settlement conference will be held on November 9, 2005, at 9:00 a.m.

9. All dispositive motions shall be heard on or before September 14, 2006. Said motions shall be filed in accordance with Local Rules 7.1and/or 56.1.

10. A settlement conference will be held on April 21, 2006, at 10:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by September 29, 2006.

12. A final pretrial conference will be held on October 6, 2006, at 9:00 a.m.

13. The trial in this case shall begin on October 16, 2006, at 9:00 a.m.

AO 72
(Rev. 8/82)

This case has been assigned to the Standard Track.

DATED THIS 7th day of September, 2005, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON

AO 72
(Rev. 8/82)