FILED
Clerk
District Court

NOV 04 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

DOUGLAS G. CHANCO and
EVANGELINE P. USON,

Plaintiffs,

vs.

ROY E. TAROPE,

Defendant,

Civil Action No. 05-0017

<u>Order Rescheduling Status/Settlement
Conference Time</u>

David G. Banes
Attorney at Law
P.O. Box 5001969
Saipan, MP 96950

Thomas E. Clifford
Attorney at Law
P.O. Box 506514
Saipan, MP 96950

IT IS ORDERED that the Status/Settlement Conference in the above case set for Wednesday, November 9, 2005, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED THIS 4th day of November, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)