```
                                           F I L E D
                                              Clerk
                                           District Court

                                           NOV 1 6 2005

                                           For The Northern Mariana Islands
                                           By_____
                                                  (Deputy Clerk)
```

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Douglas G. Chanco and Evangeline P. Uson

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOUGLAS G. CHANCO and<br>EVANGELINE P. USON,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ROY E. TAROPE,<br><br>　　　　　Defendant. | CIVIL ACTION NO.: 05-0017<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** was served as follows:

By hand delivery on July 26, 2005 upon:

    Norie Pamintuan for
    Thomas Clifford, Esq.
    San Jose, Saipan, CNMI

Dated this 16th day of November, 2005.

                                              _____
                                              Alexander L. Lopez